STATE OF NEW JERSEY v. JOSEPH R. MOSS.

January 19, 1971.  Petitions for certification denied.

STATE OF NEW JERSEY v. SHERMAN G. FLOOD.

January 26, 1971.  Petition for certification denied.